ELLIOTT v. KANSAS CITY, Appellant.

Division Two, December 12, 1899.

*Appeal from Jackson Circuit Court.*—HON. CHARLES L. DOBSON, Judge.

AFFIRMED.

R. B. MIDDLEBROOK for appellant.

FRANK TITUS for respondent.

GANTT, P. J.—This action involves the same questions considered and decided in Young v. Kansas City, page 622 of this volume, and for the reasons therein assigned the judgment in this case is also affirmed. BURGESS, J., concurs; SHERWOOD. J., absent.